# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SENECA RESOURCES CORPORATION,   :  No. 30 WAL 2022

                Petitioner   :

                              :  Petition for Allowance of Appeal
                              :  from the Order of the
           v.                       :  Commonwealth Court

CITY OF ST. MARYS ZONING HEARING  :
BOARD,                                    :

                Respondent  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 18th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.